COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF STAY

Appellate case name:    South Texas Medical Clinic, P.A. v. Maria Barrera, Individually and as next friend of V. B. and F. B., minors, David A. Barrera, Gabriela Barrera, Karla Barrera and Stefani Barrera, as wrongful death beneficiaries of Sonia Barrera

Appellate case number:    01-13-00093-CV

Trial court case number:    12DCV198295

Trial court:    434th District Court of Fort Bend County

The parties have filed an agreed motion to stay the appeal proceedings until May 31, 2013, to conduct mediation, and to establish an agreed briefing schedule, should the appeal continue.

The motion is **granted**, and the appeal is **stayed until May 31, 2013**.

The parties are directed to provide the Court with an update on the outcome of mediation on or before May 31, 2013.

Pursuant to the parties' agreement, if the appeal continues, appellant's brief is due no later than July 1, 2013. Appellees' brief is due no later than July 22, 2013.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
        ☑ Acting individually    ☐ Acting for the Court

Date: April 15, 2013